# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 23-1720V

|  |  |
|---|---|
| GULSARABONU RAVSHANOVA, | Chief Special Master Corcoran |
| Petitioner, | Filed: May 28, 2024 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Jimmy A. Zgheib, Zgheib Sayad, P.C., White Plains, NY, for Petitioner.*

*Tyler King, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On October 3, 2023, Gulsarabonu Ravshanova filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered bilateral shoulder injuries related to vaccine administration ("SIRVAs), defined Table injuries or, in the alternative, caused-in-fact injuries, after receiving meningococcal B and meningococcal conjugate vaccines intramuscularly in her left and right deltoids. Petition at 1, ¶¶ 4, 20-23. Petitioner further alleges that she received the vaccines within the United States, that she suffered the residual effects of her injuries for more than six months, and that neither she nor any other individual has filed a civil actino or received compensation for her injuries, alleged as

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

vaccine caused. Petition at ¶¶ 4, 24-26. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 24, 2024, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent believes that "[P]etitioner's alleged injury[3] is consistent with SIRVA as defineid by the Vaccine Injury Table." *Id.* at 6. Respondent further agrees that "based on the record as it now stands, [P]etitioner has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Although Respondent utilizes the singular, referring to Petitioner's injury, other entries clearly reflect that he believes Petitioner's bilateral symptoms are vaccine-related. Rule 4(c) Report at 6-7. Respondent states that "[t]he scope of damages to be awarded is liited to [P]etitioner's bilateral SIRVA." *Id.* at 7.